NUMBER 13-06-380-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


JAMES CARL CAMP, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the County Court at Law


of San Patricio County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, JAMES CARL CAMP, perfected an appeal from a judgment entered
by the County Court at Law of San Patricio County, Texas, in cause number 63279. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 24th day of August, 2006.